AO 106 (Rev. 04/10) Application for a Search Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

RECEIVED
2019 AUG 16  P 1:31

DEBRA P. HACKETT, CLK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence and curtilage located at 457 Avon Road, Montgomery, Alabama 36109 (further described in Attachment A)

)
)
)
)
)
)

Case No. 2:19mj271-SMD

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

residence and curtilage located at 457 Avon Road, Montgomery, Alabama 36109 (further described in Attachment A)

located in the ____Middle____ District of ____Alabama____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113(a) | Bank robbery |

The application is based on these facts:
See attached Affidavit incorporated herein by reference and made part of this application.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Susan Hanson, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/15/19

*Judge's signature*

City and state: Montgomery, AL

STEPHEN M. DOYLE, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

RECEIVED

2019 AUG 16 P 1:31

1. My name is Susan Hanson and I have been employed as a Special Agent with the Federal Bureau of Investigation for 23 years. I have been trained on bank robbery investigations and I have investigated numerous bank robberies in that time. I present the facts below for the limited purpose of obtaining a search warrant for the residence and curtilage located at 457 Avon Road, Montgomery, AL 36109, as described in Attachment A. The facts presented are what I and other investigators have learned from the investigation.

2. Probable Cause:

    On August 12, 2019 a male subject robbed the First Community Bank, 1761 E. Main St. , Prattville, AL, 36066. The male was wearing a long sleeved, red, University of Alabama shirt, wide-brimmed hat, and sunglasses.  The male subject arrived in the vicinity of the bank in a black Ford F-150 pickup truck. The driver of the vehicle parked in the Eye Care Associates parking lot, 1735 E. Main Street, Prattville. The subject exited the passenger side of the vehicle and walked to the front of the bank, entering it through the front door. He approached the teller and submitted a demand note. The note stated "All $$$ now." He stated, "I need to cash a check but I don't have an account here." The teller understood what the note said, and provided $5,392 in U.S. Currency (USC), including bait bills, to the subject. The subject departed the bank and walked towards Eye Care Associates. The subject got back in the black Ford  F-150 and the vehicle departed eastbound on Cobbs Ford Road.

    A cooperating human source (CHS), who works for the Montgomery County Sheriff's Office (MCSO), and who has reported reliably over the last seven years, contacted the MCSO and reported that she had information regarding the bank robbery that she had seen on the local news. She reported that a white male individual who matched the photograph of the bank robber from the local news was residing with Tony Gillaspy at 457 Avon Road, Montgomery, AL, 36109. The CHS confirmed the individual drove a black Ford F-150, and that he had recently made alterations to the front grill of the truck.

    MCSO investigators observed the vehicle at the listed address, and it was backed in so that the vehicle registration tag was not visible.  MCSO investigators contacted Colleen Vickery, the mother of Tony Gillaspy, who is also a resident at the target address. Vickery confirmed that a white male by the name of Monte Lynch was staying at the residence temporarily. A Transunion search was conducted on the name Monte Lynch, and a booking photograph of Lynch was obtained from that site. That photograph closely resembled the photographs of the subject from the bank surveillance photos. The Transunion profile also showed the Lynch owned a Ford F-150. The Transunion profile showed that Lynch had previous addresses in St. Louis, MO, and that he had criminal convictions in MO.

    FBI conducted records checks of their systems and learned that Monte Lynch was a suspect in a bank robbery in St. Louis, MO in 2019. A contact with the St. Louis FBI determined that Lynch was driving a black Ford F-150 bearing MO plate 5HBH64 during the bank robbery there.

As of 4:33 p.m. a black Ford F-150 was backed in the driveway of the target residence.

*Susan M Hanson*

Special Agent Susan Hanson
Federal Bureau of Investigation

Subscribed and sworn to before
me the _15th_ day of August, 2019.

STEPHEN M. DOYLE
UNITED STATES MAGISTRATE JUDGE

Attachment B
Items to be seized

Any U.S. Currency, clothing belonging to Monte Lynch that may have been used in any bank robberies, any cell phones or electronic devices belonging to Lynch, and any other fruits or instrumentalities of a crime.

Attachment A

Description of the Place to Be Searched

The target residence, located at 457 Avon Road, Montgomery, AL, 36109 is described as a two story brick over wood house with asphalt shingles, approximately 1963 square feet, as well as any vehicles contained in the curtilage of the property, and any storage areas that may contain U.S. Currency or other fruits or instrumentalities of a crime.





LOCATION:   457 AVON RD MONTGOMERY AL 36109          Acres: 0.000      Sales Info: 08/01/1992   $82,000

[ 1 / 1 Records ]          Tax Year : 2019

SUMMARY    LAND    BUILDINGS    SALES    PHOTOGRAPHS    MAPS

Bldg 1

## BUILDINGS

### GENERAL INFO
| | |
|---|---|
| Parcel | 10 01 01 3 003 026.033 |
| Building | 1 |
| Type | 111 |
| Eff. Type | 111 |
| Built | 1983 [ 1983 ] |
| Class | D0 |
| No. Stories | 1.5  No. Rooms 7 |
| Assmt. Class | 3  Bldg. Ht. 0 |

### BUILDING VALUE
| | |
|---|---|
| Base Area | 1342 |
| Base Rate | $58.89 |
| Const. Units | 99 |
| Adj. Rate | $58.30 |
| Total Adj. Area | 1975 |
| Sub Total | $115,143.00 |
| Extra Features | $18,946.90 |
| Base Cost | $134,089.90 |
| Index | 1.11 |
| Replacement Cost | $148,840.00 |
| Condition | 45 |
| Value | $66,978.00 |
| Market Adj. | -13 |
| Final Value | $65,800.00 |
| Misc. Imp. | $300.00 |
| **TOTAL IMP. VALUE** | **$66,100.00** |

Current Owners

GILLASPY TONY ESTLE

457 AVON RD
MONTGOMERY AL 36109

3093-0595

Last Modified 8/1/2018 7:07:50 PM

### Construction Units

| Category | Description | Code | % | Units |
|---|---|---|---|---|
| FOUNDATION | SLAB | S01 | 100 | 0 |
| EXTERIOR WALLS | BRICK ON WOOD | W12 | 75 | 29 |
| EXTERIOR WALLS | HARDBOARD-LAP | W22 | 25 | 8 |
| ROOF TYPE | HIP-GABLE | T02 | 100 | 8 |
| ROOF MATERIAL | ASPHALT SHINGLES | M04 | 100 | 4 |
| FLOORS | CARPET & UNDERLAY | F14 | 100 | 12 |
| INTERIOR FINISH | DRYWALL(SHEETROCK) | I07 | 100 | 30 |
| PLUMBING | AVERAGE | P03 | 1 | 8 |
| | | | Total | 99 |

### Extra Features

| Code | Description | Units | Rate | Total |
|---|---|---|---|---|
| HT11106 | HEAT/AC FHA/AC | 1963 | $6.30 | $12,366.90 |
| FPD0004 | FIREPLACE +1 1/2 W/ 1 OPE... | 1 | 0 $3,800.00 | $3,800.00 |
| PLD0003 | BATH 3FIX | 1 | 0 $2,780.00 | $2,780.00 |
| | | | Total | $18,946.90 |

### MISC IMPROVEMENTS